[No. 13088-9-I. Division One. April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PRESTON CARL CRONN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02674-0, Jim Bates, J., entered February

4, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Scholfield, J.